# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0010. MICHAEL SCOTT MORRISON, et al. v. COBB COUNTY, GEORGIA.**

Upon consideration of the APPELLANT'S emergency motion to stay enforcement of the trial court's injunction order in the above styled case, it is ordered that the motion is hereby DENIED.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/17/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*